1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

14
15  FOX FACTORY, INC.,
16          Plaintiff,
17     v.
18  SRAM, LLC,
19          Defendant.

CASE NO. 2:22-cv-04805-DOC-JC

**[PROPOSED] ORDER ON DEFENDANT SRAM, LLC'S *EX PARTE* APPLICATION TO CONTINUE PRELIMINARY INJUNCTION HEARING**

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

      Before the Court is the *Ex Parte* Application of Defendant SRAM, LLC ("SRAM") to continue the February 13, 2023 hearing on Plaintiff Fox Factory, Inc.'s Motion for Preliminary Injunction. For good cause shown, SRAM's Application is GRANTED. The hearing on Fox Factory, Inc.'s Motion for Preliminary Injunction is continued until [March 27/April 3], 2023. The briefing schedule is likewise continued in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: _____        _____
                                                           The Honorable David O. Carter
                                                           UNITED STATES DISTRICT JUDGE