# Parlee Cycles, Inc.
## Balance Sheet
### As Of: January 31, 2023

**ASSETS**

| | |
|---|---:|
| **Current Assets** | |
|   **Checking/Savings** | |
|     Checking TDBank 4727 | 4,400.43 |
|     Checking - Bank Gloucester 1966 | 30,750.30 |
|   **Total Checking/Savings** | 35,150.73 |
|   **Accounts Receivable** | |
|     Accounts Receivable | 53,786.50 |
|     Tariff Receivable | 0.00 |
|     Intercompany | 29,046.05 |
|   **Total Accounts Receivable** | 82,832.55 |
|   **Other Current Assets** | |
|     Inventory Asset | 2,088,532.67 |
|     Exchange | 6,686.04 |
|     Prepaid Expenses | 133,151.77 |
|   **Total Other Current Assets** | 2,228,370.48 |
| **Total Current Assets** | 2,346,353.76 |
| **Fixed Assets** | |
|   Manufacturing Machinery | 275,311.96 |
|   Manufacturing Molds | 1,459,962.97 |
|   Office Equipment | 67,781.34 |
|   Software | 201,587.52 |
|   Leasehold Improvements | 32,717.63 |
|   Automobile | 59,295.69 |
|   Accumulated Depreciation | -1,945,707.39 |
| **Total Fixed Assets** | 150,949.72 |
| **Other Assets** | |
|   Loan Fees | 40,382.50 |
|   Organization Costs | 760.00 |
|   Website Copywrite | 2,279.40 |
|   Patent Costs | 13,792.93 |
|   Product Development | 334,785.18 |
|   Start up costs | 33,648.76 |
|   A/A - Loan Fees | -33,424.68 |
|   A/A - Organizational Costs | -760.00 |
|   A/A - Patent Costs | -13,399.36 |
|   A/A - Product Development | -137,742.53 |
|   A/A - Frame Development | -73,992.69 |
|   A/A - Startup Costs | -33,649.00 |
|   A/A - Copywrite | -1,721.86 |
| **Total Other Assets** | 130,958.65 |
| **TOTAL ASSETS** | **2,628,262.13** |

Parlee Cycles, Inc.
Balance Sheet
As Of: January 31, 2023

**LIABILITIES & EQUITY**
- **Liabilities**
  - **Current Liabilities**
    - **Accounts Payable**

| | |
|---|---:|
| Accounts Payable | 1,302,514.98 |
| **Total Accounts Payable** | 1,302,514.98 |
| **Credit Cards** | |
| Credit Cards Payable | 29,541.47 |
| **Total Credit Cards** | 29,541.47 |
| **Other Current Liabilities** | |
| Customer Deposits | 115,730.79 |
| Sales Tax Payable | 23.60 |
| Southern California/Beneficial | 2,686.69 |
| Accured Interest | 56,856.22 |
| Accrued Expense | 0.00 |
| Accrued State Taxes | -433.00 |
| Goods Received Not Invoiced | 0.00 |
| Accrued Payroll | 40,764.03 |
| Accrued Payroll Tax | 4,264.55 |
| Bank Gloucester-275K (3219) | 0.00 |
| Bank Gloucester-275K TERM(3623) | 0.00 |
| Mass Growth Capital 250K | 44,117.17 |
| **Total Other Current Liabilities** | 264,010.05 |
| **Total Current Liabilities** | 1,596,066.50 |
| **Long Term Liabilities** | |
| Southern California | 0.00 |
| EIDL Loan | 1,985,317.60 |
| Bank Gloucester - LOC 1M (2801) | 851,100.14 |
| Mass Growth Capital 250K | 0.00 |
| PPP Loan | 0.00 |
| **Total Long Term Liabilities** | 2,836,417.74 |
| **Total Liabilities** | 4,432,484.24 |
| **Equity** | |
| APIC | 236,129.25 |
| Retained Earnings | -1,958,895.82 |
| Net Income | -81,455.54 |
| **Total Equity** | -1,804,222.11 |
| **TOTAL LIABILITIES & EQUITY** | **2,628,262.13** |